IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 20-cv-00004-MEH

DAVID KATT, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

GREENWOOD ATHLETIC CLUB METROPOLITAN DISTRICT,

    Defendant.

---

### ORDER CLOSING CASE
---

    Before the Court is a Stipulation for Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [filed January 20, 2020; ECF 8]. The Court finds the Stipulation and terms of the dismissal proper. Therefore, this case is voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear his or its own fees and costs. The Clerk of the Court is directed to close this case.

    Dated and entered at Denver, Colorado this 21st day of January, 2020.

                                        BY THE COURT:

                                        */s/ Michael E. Hegarty*

                                        Michael E. Hegarty
                                        United States Magistrate Judge